**IT IS ORDERED as set forth below:**



Date: August 19, 2022

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER:22-55949-PWB |
| | : | |
| J. MARIEH PRICE, | : | CHAPTER 13 |
| Aka J.M. Price; Marieh Price, | : | |
| Debtor. | : | JUDGE BONAPFEL |

### ORDER ON APPLICATION FOR EXTENSION OF TIME

The Debtor has filed with the court a Motion for Additional Time Schedules, (Doc No. 14), for filing the remaining outstanding documents. The 341 Meeting of Creditors is scheduled for September 16, 2022, at 12:30 P.M.

**IT IS THE ORDER OF THE COURT** that the Debtor shall have until **Friday, September 9, 2022**, to file the remaining documents in the above-styled bankruptcy case.

The Clerk is directed to serve a copy of this Order on Debtor, Trustee and U.S. Trustee.

END OF ORDER